# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER O. SMITH,<br><br>　　　　Petitioner<br>v.<br><br>JERRY HOWELL, et al.,<br><br>　　　　Respondents | Case No.: 2:20-cv-01108-JAD-DJA<br><br>**Order Granting Motions to Seal and Extend Time**<br><br>[ECF Nos. 37, 40, 43] |

　　　　Various motions are pending in Christopher O. Smith's 28 U.S.C. § 2254 action for a petition for writ of habeas corpus. First, respondents filed a motion for leave to file certain exhibits under seal.[1] While there is a presumption favoring public access to judicial filings and documents,[2] a party seeking to seal a judicial record may overcome the presumption by demonstrating "compelling reasons" that outweigh the public policies favoring disclosure.[3] In general, "compelling reasons" exist where the records may be used for improper purposes.[4] Here, respondents seek leave to file the presentence investigation report (PSI) and defendant's statement.[5] They explain that the PSI contains confidential information including social-security numbers and victim identifiers and that the defendant's statement was given confidential treatment in state court. Because these reasons satisfy the sealing standard, the motion to seal is granted.

---

[1] ECF No. 37.

[2] *See Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 597 (1978).

[3] *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006) (citations omitted).

[4] *Id*. at 1179 (citing *Nixon*, 435 U.S. at 598).

[5] ECF No. 37, p. 2.

Both parties have also filed motions for extension of time related to respondents' motion to dismiss. Good cause appearing, the motions are granted.

IT IS THEREFORE ORDERED that respondents' motion for leave to file exhibits under seal **[ECF No. 37] is GRANTED**.

IT IS FURTHER ORDERED that respondents' motion for extension of time to respond to the petition **[ECF No. 40] is GRANTED** *nunc pro tunc*.

IT IS FURTHER ORDERED that petitioner's motion for extension of time to file an opposition to the motion to dismiss **[ECF No. 43] is GRANTED**. Petitioner must file the opposition by November 24, 2021.

Dated: October 29, 2021

_____
U.S. District Judge Jennifer A. Dorsey