**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER O. SMITH,<br><br>　　　　Petitioner<br><br>v.<br><br>JERRY HOWELL, et al.,<br><br>　　　　Respondents | Case No.: 2:20-cv-01108-JAD-DJA<br><br>**Order Granting Extensions of Time**<br><br>ECF Nos. 53, 54 |

　　　In this habeas case, respondents move to extend the deadline to file their reply in support of their motion to dismiss. Good cause appearing, the motions are granted.

　　　IT IS THEREFORE ORDERED that respondents' second motion for extension of time to file a reply in support of the motion to dismiss **[ECF No. 53] is GRANTED** *nunc pro tunc* to February 17, 2022.

　　　IT IS FURTHER ORDERED that respondents' third motion for extension of time to file a reply in support of the motion to dismiss **[ECF No. 54] is GRANTED** *nunc pro tunc* to March 21, 2022. Respondents must file the reply on or before April 4, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　　　　Dated: March 22, 2022