# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CHRISTOPHER O. SMITH,

     Petitioner

v.

JERRY HOWELL, et al.,

     Respondents

Case No.: 2:20-cv-01108-JAD-DJA

**Order Granting Fourth Extension of Time**

ECF No. 56

Respondents move for a one-day extension of time to file a reply in support of their motion to dismiss Christopher O. Smith's 28 U.S.C. § 2254 petition for writ of habeas corpus. Good cause appearing,

IT IS ORDERED that respondents' fourth motion for extension of time to file a reply in support of the motion to dismiss **[ECF No. 56] is GRANTED**.  **The deadline to respond to the petition for writ of habeas corpus is extended to April 5, 2022**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 5, 2022