UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER O. SMITH,<br><br>                    Petitioner,<br><br>       v.<br><br>JERRY HOWELL, *et al.*,<br><br>                    Respondents. | Case No. 2:20-cv-01108-CDS-DJA<br><br>ORDER GRANTING IN PART MOTION TO DISMISS |

Respondents having filed an unopposed motion for extension of time (first request) (ECF No. 61), and good cause appearing;

It is therefore ordered that Respondents' unopposed motion for extension of time (first request) (ECF No. 61) is granted. Respondents will have up to and including August 26, 2022, to file their answer to the first amended petition.

DATED this 28th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE