UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER O. SMITH,<br><br>　　　　　　　Petitioner<br><br>　v.<br><br>JERRY HOWELL, *et al.*,<br><br>　　　　　　　Respondents | Case No. 2:20-cv-01108-CDS-DJA<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME<br><br>[ECF No. 65] |

　　　Respondents having filed an unopposed motion for extension of time (third request) (ECF No. 65), and good cause appearing;

　　　It is therefore ordered that Respondents' unopposed motion for extension of time (third request) (ECF No. 65) is granted. Respondents will have up to and including November 10, 2022, to file their answer to the first amended petition.

　　　DATED: October 12, 2022

_____
UNITED STATES DISTRICT JUDGE