UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER O. SMITH,<br><br>                Petitioner<br><br>v.<br><br>JERRY HOWELL, *et al.*,<br><br>                Respondents | Case No. 2:20-cv-01108-CDS-DJA<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME<br><br>[ECF No. 67] |

Respondents having filed a motion for extension of time (fourth request) (ECF No. 67), and good cause appearing;

It is therefore ordered that Respondents' motion for extension of time (fourth request) (ECF No. 67) is granted. Respondents will have up to and including December 12, 2022, to file their answer to the first amended petition. Absent extraordinary circumstances, no further extensions of this deadline will be granted.

DATED: November 16, 2022.

_____
UNITED STATES DISTRICT JUDGE