UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER O. SMITH,<br><br>        Petitioner<br><br>v.<br><br>JERRY HOWELL, *et al.*,<br><br>        Respondents | Case No. 2:20-cv-01108-CDS-DJA<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME<br><br>[ECF No. 69] |

    Respondents having filed an unopposed motion for extension of time (fifth request) (ECF No. 69), and good cause appearing;

    It is therefore ordered that respondents' unopposed motion for extension of time (fifth request) (ECF No. 69) is granted. Respondents will have up to and including December 27, 2022, to file their answer to the first amended petition.

    DATED: December 13, 2022

_____
UNITED STATES DISTRICT JUDGE