UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER O. SMITH,<br><br>           Petitioner<br><br>      v.<br><br>JERRY HOWELL, *et al.*,<br><br>           Respondents | Case No. 2:20-cv-01108-CDS-DJA<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME<br><br>[ECF No. 71] |

   Respondents having filed an unopposed motion for extension of time (sixth request) (ECF No. 71), and good cause appearing;

   It is therefore ordered that Respondents' unopposed motion for extension of time (sixth request) (ECF No. 71) is granted. Respondents will have up to and including January 6, 2023, to file their answer to the first amended petition. Any future requests for an extension of this deadline will require a hearing.

   DATED: January 3, 2023

_____
UNITED STATES DISTRICT JUDGE