UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER O. SMITH, | Case No. 2:20-cv-01108-CDS-DJA |
| Petitioner | ORDER GRANTING MOTION FOR EXTENSION OF TIME |
| v. | [ECF No. 76] |
| JERRY HOWELL, *et al.*, | |
| Respondents | |

Counseled petitioner Christopher O. Smith having filed an unopposed motion for extension of time (first request) (ECF No. 76), and good cause appearing;

It is therefore ordered that petitioner's unopposed motion for extension of time (first request) (ECF No. 76) is granted. Petitioner will have up to and including April 10, 2023, to file his reply to the first amended petition.

DATED: February 24, 2023

_____
UNITED STATES DISTRICT JUDGE