UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| CHRISTOPHER O. SMITH, | Case No. 2:20-cv-01108-CDS-DJA |
|---|---|
| Petitioner | ORDER GRANTING MOTION FOR EXTENSION OF TIME |
| v. | [ECF No. 78] |
| JERRY HOWELL, *et al.*, | |
| Respondents | |

Counseled petitioner Christopher O. Smith having filed an unopposed motion for extension of time (second request) (ECF No. 78), and good cause appearing;

It is therefore ordered that petitioner's unopposed motion for extension of time (second request) [ECF No. 78] is granted. Petitioner will have up to and including May 25, 2023, to file his reply to the first amended petition.

DATED: April 11, 2023

_____
UNITED STATES DISTRICT JUDGE