UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| CHRISTOPHER O. SMITH, | Case No. 2:20-cv-01108-CDS-DJA |
|---|---|
| Petitioner | ORDER STRIKING FUGITIVE DOCUMENT |
| v. | [ECF No. 80] |
| JERRY HOWELL, *et al.*, | |
| Respondents | |

This is a 28 U.S.C. § 2254 counseled habeas corpus petition. Despite being represented by counsel, petitioner Christopher Smith filed a pro se request for judicial notice, asking "this court to compel [his] Federal Appellate attorney to . . . supplement [his] writ." ECF No. 80. Once an attorney has made an appearance on behalf of a party, the party may not personally file any document with the court. LR IA 11-6. Smith's filing is a fugitive document not properly before the court.

It is therefore ordered that petitioner's pro se request for judicial notice [ECF No. 80] shall be stricken as a fugitive document.

DATED: April 12, 2023

_____
UNITED STATES DISTRICT JUDGE