# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Christopher O. Smith, <br><br>              Petitioner <br><br> v. <br><br> Jerry Howell, et al., <br><br>              Respondents | Case No. 2:20-cv-01108-CDS-DJA <br><br> Order Granting Motion for Extension of Time <br><br> [ECF No. 82] |

Counseled Petitioner Christopher O. Smith having filed an unopposed motion for extension of time (third request) (ECF No. 82), and good cause appearing;

It is therefore ordered that petitioner's unopposed motion for extension of time (third request) **[ECF No. 82] is granted**. Petitioner will have up to and including July 10, 2023, to file his reply to the first amended petition.

DATED: May 30, 2023

_____
UNITED STATES DISTRICT JUDGE