UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Christopher O. Smith, <br><br> Petitioner <br><br> v. <br><br> Jerry Howell, *et al.*, <br><br> Respondents | Case No. 2:20-cv-01108-CDS-DJA <br><br> Order Granting Motion for Extension of Time <br><br> [ECF No. 84] |

Counseled petitioner Christopher O. Smith having filed an unopposed motion for extension of time (fourth request) (ECF No. 84), and good cause appearing;

It is therefore ordered that petitioner's unopposed motion for extension of time (fourth request) **[ECF No. 84] is granted**. Petitioner will have up to and including August 9, 2023, to file his reply to the first amended petition.

DATED: July 24, 2023

_____
United States District Judge