UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Christopher O. Smith, | Case No. 2:20-cv-01108-CDS-DJA |
| Petitioner | Order Granting Motion for Extension of Time |
| v. | [ECF No. 86] |
| Jerry Howell, *et al.*, | |
| Respondents | |

Counseled Petitioner Christopher O. Smith having filed an unopposed motion for extension of time (fifth request) (ECF No. 86), and good cause appearing;

It is therefore ordered that petitioner's unopposed motion for extension of time (fifth request) **[ECF No. 86] is granted**. Petitioner will have up to and including September 25, 2023, to file his reply to the first amended petition.

DATED: August 10, 2023

_____
UNITED STATES DISTRICT JUDGE