UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Christopher O. Smith,

          Petitioner

  v.

Jerry Howell, *et al.*,

          Respondents

Case No. 2:20-cv-01108-CDS-DJA

**Order Granting Motion for Extension of Time**

**[ECF No. 88]**

    Counseled petitioner Christopher O. Smith has filed an unopposed motion for extension of time to file his reply to his first amended petition. ECF No. 88. This is Smith's sixth request for an extension of this deadline. I find good cause to grant the extension, but any future requests for an extension of this deadline will be highly unfavored.

    It is therefore ordered that the unopposed motion for extension of time **[ECF No. 88] is granted**. Petitioner Christopher O. Smith will have up to and including October 25, 2023, to file his reply to the first amended petition.

    DATED: October 3, 2023

_____
UNITED STATES DISTRICT JUDGE